UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. André M. Espinosa |
| | : | |
| v. | : | Mag. No. 21-11356 |
| | : | |
| DAVID ISAAC | : | **ORDER FOR CONTINUANCE** |

This matter having come before the Court on the joint application of the United States, by Rachael A. Honig, Acting United States Attorney for the District of New Jersey (Cassye Cole, Assistant United States Attorney, appearing), and defendant David Isaac (Alyssa A. Cimino, Esq., appearing), for an order granting a continuance of the proceedings in the above-captioned matter from the date this order is signed through February 28, 2022; and the defendant being aware that he has the right to have the matter brought to trial within 70 days of the date of his appearance before a judicial officer of this court pursuant to Title 18 of the United States Code, Section 3161(c)(1); and the defendant, through his attorney, having consented to the continuance and having waived right; and no prior continuances having been granted; and for good cause shown,

**IT IS THE FINDING OF THIS COURT** that this action should be continued for the following reasons:

(1) The requested continuance will permit the parties to engage in plea negotiations and will permit counsel to prepare effectively;

(2) The defendant has consented to the aforementioned continuance;

(3) The grant of a continuance will likely conserve judicial resources; and

1

(4) Pursuant to Title 18, United States Code, Section 3161(h)(7), the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial.

**WHEREFORE**, it is on this 23rd day of November 2021;

**ORDERED** that this action be, and it hereby is, continued from the date this Order is signed through and including February 28, 2022; and it is further

**ORDERED** that the period from the date this Order is signed through and including February 28, 2022 shall be excludable in computing time under the Speedy Trial Act of 1974.

S/André M. Espinosa
HON. ANDRÉ M. ESPINOSA
United States Magistrate Judge

Form and entry consented to:

Alyssa A. Cimino, Esq.
Counsel for Defendant

Cassye Cole
Assistant U.S. Attorney